STATE v. MOORE

No. 309 PC.

Case below: 53 N.C. App. 371.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

STATE v. OWEN

No. 322 PC.

Case below: 53 N.C. App. 121.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.

STATE v. SELLARS

No. 280 PC.

Case below: 52 N.C. App. 380.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 October 1981.

STATE v. THOMPSON

No. 122.

Case below: 53 N.C. App. 371.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 October 1981.

TROTTER v. TROTTER

No. 289 PC.

Case below: 52 N.C. App. 586.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 October 1981.